UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sandra Sunderland,<br><br>    Plaintiff,<br>v.<br><br>Byron & Davis CCCC Inc.; and<br>DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.:  3:12-cv-01455-CSH |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated February 4, 2013

                                                  Respectfully submitted,

                                                  PLAINTIFF, Sandra Sunderland

                                                  /s/ Sergei Lemberg

                                                  Sergei Lemberg, Esq.
                                                  LEMBERG & ASSOCIATES L.L.C.
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Robert Berke
640 Clinton Avenue
Bridgeport, Ct 06605

                                    By /s/ Sergei Lemberg
                                          Sergei Lemberg